**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | |
|---|---|
| ALAN BLAKE LOWE and ) <br> JENNIFER LOWE, ) <br>   Plaintiffs, ) <br> ) <br> v.                            ) <br> ) <br> ) <br> PLANET HOME LENDING, LLC; ) <br> LLG TRUSTEE TN, LLC; and ) <br> STABLE INVESTMENTS, LLC, ) <br>   Defendants. ) | CASE NO._____ |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Planet Home Lending, LLC ("PHL"), by and through counsel, and while fully reserving the right to object to sufficiency of service and without waiving any other defenses or objections, files this notice of removal of this action from the Chancery Court of Fayette County, Tennessee to this Court. Removal is based on jurisdiction conferred by 28 U.S.C. § 1331 because Plaintiffs Alan Blake Lowe and Jennifer Lowe's ("Plaintiffs") Complaint raises a federal question. In support thereof, PHL states as follows:

1.      On October 22, 2025, Plaintiffs filed their Complaint in the Chancery Court of Fayette County, Tennessee ("Complaint") against PHL; LLG Trustee TN, LLC ("LLG"); and Stable Investments, LLC ("Stable"), bearing Case No. 19300 (the "State Court Action"). A true and correct copy of the Complaint and other pleadings from the State Court Action are collectively attached hereto as Exhibit "1."

2.      All co-defendants who have been served with the Complaint including LLG and Stable consent to the removal of this action, and thus, 28 U.S.C. § 1446(b)(2)(A) is satisfied.

3. On October 28, 2025, the Tennessee Secretary of State served PHL with the Complaint. (*See* Ex. 1.) Therefore, this Notice of Removal is timely under the provisions of 28 U.S.C. § 1446(b) as it is being filed within thirty (30) days of PHL being served with the Complaint. 28 U.S.C. § 1446(b)(1).

4. This action is removable to federal court pursuant to 28 U.S.C. § 1441 because it could have been filed originally in this Court pursuant to federal question jurisdiction conferred by 28 U.S.C. § 1331.

### BASIS FOR REMOVAL: FEDERAL QUESTION JURISDICTION

5. This Court has jurisdiction pursuant to 28 U.S.C. § 1331. PHL may remove this case under 28 U.S.C. § 1441(a) because the Complaint, on its face, presents a federal question as it alleges violations of a federal statute, the Fair Debt Collection Practices Act ("FDCPA").

6. A case may be removed to federal court if it could have been brought in federal court originally. 28 U.S.C. § 1441; *see also Beneficial Nat'l Bank v. Anderson*, 539 U.S. 1, 6 (2003). Additionally, 28 U.S.C. § 1331 gives federal courts jurisdiction to hear those cases which arise under federal law. A "suit arises under the law that creates the cause of action." *Am. Well Works v. Layne*, 241 U.S. 257 (1916).

7. Here, this Court has jurisdiction over this action as the allegations asserted in the Complaint involve disputed issues arising under federal law, namely the FDCPA. Removal is therefore appropriate on the grounds of federal question jurisdiction. 28 U.S.C. § 1441(a); *Harris v. NewRez, LLC*, No. 119CV02211STAJAY, 2019 WL 3254800, (W.D. Tenn. July 19, 2019) (acknowledging FDCPA claims are removable based on federal question jurisdiction because "[t]he FDCPA, 15 U.S.C. § 1696 *et seq.*, is a law of the United States for purposes of 28 U.S.C. § 1331").

8.  Accordingly, this Court has jurisdiction because a federal question exists on the face of Plaintiffs' Complaint. 28 U.S.C. § 1331.

## VENUE

9.  Pursuant to 28 U.S.C. § 1441(a), venue for removal is proper in this district and division because this district and division embraces the Chancery Court of Fayette County, Tennessee, the forum in which the State Court Action was pending.

## NOTICE

10. Pursuant to 28 U.S.C. § 1446(a), a copy of all pleadings and orders in the state court record, including "all process, pleadings and orders served upon" PHL through this date, are attached within Exhibit "1" hereto.

11. Pursuant to 28 U.S.C. § 1446(d), upon filing this Notice of Removal, PHL will send written notice and a copy of the Notice of Removal to the Plaintiffs and will file a copy of the Notice of Removal with the Clerk for the Chancery Court of Fayette County, Tennessee. A copy of the state court pleading that will be filed to give the State Court notice of this removal has been attached as Exhibit "2" hereto.

## CONCLUSION

For the reasons stated above, PHL requests this Court to deem this Notice of Removal both good and sufficient, that Plaintiffs' Complaint be removed from the Chancery Court of Fayette County, Tennessee to this Court for trial and determination as provided by law, and to enter such orders and issue such process as may be proper to bring before it copies of all records and proceedings in this civil action from said state court and thereupon proceed with this civil action as if it had originally been commenced in this Court.

THIS, the 26th day of November, 2025.

Respectfully submitted,

/s/ Shaun K. Ramey

Shaun K. Ramey (TN Bar #035574)
Kylie Krupilski (practicing pursuant to
Tenn. Sup. CT. R. 7, Section 10.07)
McGlinchey Stafford, PLLC
333 Commerce Street, Suite 1425
Nashville, TN 37201
(615) 762-9052
(615) 296-4649
sramey@mcglinchey.com
kkrupilski@mcglinchey.com

## CERTIFICATE OF SERVICE

   I hereby certify that a true and exact copy of the foregoing Notice of Removal has been filed electronically with the Court and served upon the following by United States first-class mail or e-mail, postage prepaid this 26th day of November, 2025.

**Via Email:**
Randall J. Fishman (#7907)
Ballin, Ballin, & Fishman, P.C.
200 Jefferson, Suite 1250
Memphis, TN 38103
(901) 525-6278 phone
(901) 525-6294 facsimile
rfishman@bbfpc.com
*Attorneys for Plaintiffs*

Jim Crislip (#20718)
Crislip Phillip
5170 Sanderlin Ave, Suite 201
Memphis, TN 38117
(901) 525-2427 phone
(901) 255-9306 facsimile
jim@crislipphilip.com
*Attorney for Defendant Stable Investments, LLC*

Bonnie Culp
LOGS Legal Group, LLP
8520 Cliff Cameron Dr., Suite 330
Charlotte, NC 28269
bculp@logs.com
*Anticipated Attorney for Defendant LLG Trustee TN, LLC*

**Via U.S. Mail.**
LLG Trustee TN, LLC
ATTN: Legal Department
10130 Perimeter Pkwy, Ste. 400
Charlotte, NC 28216

             */s/ Shaun K. Ramey*_____
             Shaun K. Ramey